AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Renee Smith, Individually and on behalf of all others similarly situated

V.

PHH Corporation, PHH Mortgage Services, and Does 1- 20

**SUMMONS IN A CIVIL ACTION**

JUDGE KOELTL

CASE NUMBER:

## 08 CV 3018

TO: (Name and address of Defendant)

PHH Corporation, 3000 Leaderhall Road, Mount Laurel, New Jersey 08054

PHH Mortgage Services, 3000 Leaderhall Road, Mount Laurel, New Jersey 08054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zraick, Nahas & Rich
Stuart E. Nahas, Esq.
303 Fifth Avenue
Suite 1201
New York, New York 10016
(212) 686-0855

Milstein, Adelman & Kreger, LLP
Wayne S. Kreger, Esq.
2800 Donald Douglas Loop North
Santa Monica, California 90405
(310) 396-9600

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   MAR 2 5 2008

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/3/08 9:35 AM |
| NAME OF SERVER *(PRINT)* RICHARD PHILLIPS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3000 LEADENHALL RD. MT. LAUREL, NJ 08054 TO GINA GIOVINAZZI - PARALEGAL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/03/08
Date

*Signature of Server*

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.