AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern          District of          New York

Renee Smith, Individually and on behalf of all others similarly situated

V.

PHH Corporation, PHH Mortgage Services, and Does 1-20

**SUMMONS IN A CIVIL ACTION**

**JUDGE KOELTL**

CASE NUMBER:

**08 CV 3018**

TO: (Name and address of Defendant)

PHH Corporation, 3000 Leaderhall Road, Mount Laurel, New Jersey 08054
PHH Mortgage Services, 3000 Leaderhall Road, Mount Laurel, New Jersey 08054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zraick, Nahas & Rich
Stuart E. Nahas, Esq.
303 Fifth Avenue
Suite 1201
New York, New York 10016
(212) 686-0855

Milstein, Adelman & Kreger, LLP
Wayne S. Kreger, Esq.
2800 Donald Douglas Loop North
Santa Monica, California 90405
(310) 396-9600

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

MAR 2 5 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/3/08 9:35 AM |
| NAME OF SERVER (PRINT) RICHARD PHILLIPS | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3000 Leadenhall Rd. Mt. Laurel, NJ 08054
To: Gina Giovaniazzi - Paralegal

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/03/08
              Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

INDEX # : 08 cv 3018  
Date Filed: March 25, 2008  
Court Date:

**UNITED STATES DISTRICT COURT**  
**COUNTY OF NEW YORK**  

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: ZRAICK, NAHAS & RICH ESQS.   PH: 212-686-0855  
Address: 303 5TH AVENUE   NEW YORK   NY   10016   File No.:

*RENEE SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

vs

*PHH CORPORATION, ET Ano*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF  New Jersey , COUNTY OF  Camdem  SS.:   **AFFIDAVIT OF SERVICE**

_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New Jersey. On  April 3, 2008  at  9:35am , at  3000 LEADENHALL RD, MT.LAUREL, NJ 08054 , deponent served the within Summons and Complaint with Civil Cover Sheet, Individual Practices of Judge John G. Koeltl and Judge Michael H. Dolinger, Procedures & Guidlines for Electronic Case Filing.

on: **PHH MORTGAGE SERVICES** , **Defendant** therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☒ By delivering thereat a true copy of each to  Gina Giovinazzi  personally, deponent knew the person so served to be the  AGENT AUTHORIZED  of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat  
on the ____ day of _____ at _____  
on the ____ day of _____ at _____  
on the ____ day of _____ at _____

#5 MAIL COPY ☐ On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Jersey.

#6 DESCRIPTION ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:  
Sex: Female   Color of skin: White   Color of hair: Black   Age: 30 - 40 Yrs.   Height: 5' 4" - 5' 8"  
Weight: 131 - 160 Lbs.   Other Features: _____

#7 WIT. FEES the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New Jersey and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military

#9 OTHER ☐

Sworn to before me on   April 4, 2008

Server's Lic #  
Invoice/Work Order # 08008698

*SPS-401 B'way-Ste.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com*