UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RENEE SMITH, Individually and on behalf of all others
similarly situated

                        *Plaintiff,*

-against-

PHH CORPORATION, a New Jersey Corporation,
PHH MORTGAGE SERVICES, and Does 1 through 20,

                        *Defendants.*
------------------------------------------------------------------x

Civil Action No.:
08-CV-3018 (JGK)(MHD)

MOTION TO ADMIT
COUNSEL PRO HAC
VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stuart E. Nahas, a member in good standing of the bar of this Court, move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Gillian L. Wade |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip | Santa Monica, California 90405 |
| Phone Number: | (310) 396-9600 |
| Fax Number: | (310) 396-9635 |

Gillian L. Wade is a member in good standing of the Bar of the State of California.

There is no pending disciplinary proceeding against Gillian L. Wade in any State or Federal Court.

Dated:     April 15, 2008
           New York, New York

                                  Respectfully submitted,

                                  ZRAICK, NAHAS & RICH

                                  By: _____
                                  Stuart E. Nahas, Esq.
                                  Attorneys for Plaintiffs
                                  SDNY Bar No.: 8206
                                  303 Fifth Avenue
                                  New York, New York 10016
                                  Phone: (212) 686-0855
                                  Fax: (212) 779-9548

Sen/2008-53/Pro Hac Vice-Gillian

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
RENEE SMITH, Individually and on behalf of all others similarly situated

                                                  *Plaintiff,*

                                            -against-

PHH CORPORATION, a New Jersey Corporation,
PHH MORTGAGE SERVICES, and Does 1 through 20,

                                                *Defendants.*
----------------------------------------------------------------------x

Civil Action No.:
08 CV 3018 (JGK)(MHD)

AFFIDAVIT OF
STUART E. NAHAS IN
SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York     )
                              ) ss:
County of New York  )

Stuart E. Nahas, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Zraick, Nahas & Rich, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herin and in support of Plaintiffs' motion to admit Gillian L. Wade as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Gillian L. Wade for approximately one year.

4. Mrs. Gillian L. Wade is an Associate at Milstein, Adelman & Kreger LLP, in Santa Monica, California.

1

5. I have found Mrs. Wade to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Gillian L. Wade, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Gillian L. Wade, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Gillian L. Wade, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated:      April 15, 2008
            New York, New York

Respectfully submitted,

ZRAICK, NAHAS & RICH

By: _____
Stuart E. Nahas, Esq.
Attorneys for Plaintiffs
SDNY Bar No.: 8206
303 Fifth Avenue
New York, New York 10016
Phone: (212) 686-0855
Fax: (212) 779-9548

Sworn to before me this 15th
day of April 2008

_____
Notary Public

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
RENEE SMITH, Individually and on behalf of all others
similarly situated
                               *Plaintiff*,      Civil Action No.:
                                               08-CV-3018 (JGK)(MHD)

       -*against*-

PHH CORPORATION, a New Jersey Corporation,   ORDER FOR
PHH MORTGAGE SERVICES, and Does 1 through 20,  ADMISSION PRO
                                                          HAC VICE ON
                                                          WRITTEN MOTION

                                         *Defendants*.
-----------------------------------------------------------------------x

Upon the Motion of Stuart E. Nahas, attorney for Renee Smith, et. al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gillian L. Wade |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip | Santa Monica, California 90405 |
| Phone/Fax Number: | (310) 396-9600/(310) 396-9635 |
| Email Address: | gwade@maklawyers.com |

is admitted to practice *pro hac vice* as counsel for Renee Smith, et. al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____
New York, New York

_____
United States District/Magistrate Judge

Sen/2008-53/Pro Hac Vice-Order Gillian

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 4, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GILLIAN LEIGH ANGLIN, #229124 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2003; that at her request, on February 7, 2005, her name was changed to GILLIAN LEIGH WADE on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records