UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RENEE SMITH, Individually and on behalf of all others
similarly situated

                              *Plaintiff,*

                    *-against-*

PHH CORPORATION, a New Jersey Corporation,
PHH MORTGAGE SERVICES, and Does 1 through 20,

                              *Defendants.*
------------------------------------------------------------------------x

Civil Action No.:
08-CV-3018(JGK)(MHD)

MOTION TO ADMIT
COUNSEL PRO HAC
VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stuart E. Nahas, a member in good standing of the bar of this Court, move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Wayne S. Kreger |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip | Santa Monica, California 90405 |
| Phone Number: | (310) 396-9600 |
| Fax Number: | (310) 396-9635 |

Wayne S. Kreger is a member in good standing of the Bar of the States of California and New York.

There is no pending disciplinary proceeding against Wayne S. Kreger in any State or Federal Court.

Dated:   April 15, 2008
         New York, New York

                                        Respectfully submitted,

                                        ZRAICK, NAHAS & RICH

                                        By: _____
                                        Stuart H. Nahas, Esq.
                                        Attorneys for Plaintiff
                                        SDNY Bar No.: 8206
                                        303 Fifth Avenue
                                        New York, New York 10016
                                        Phone: (212) 686-0855
                                        Fax: (212) 779-9548

Sen/2008-53/Pro Hac Vice-Wayne

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RENEE SMITH, Individually and on behalf of all others
similarly situated

                              *Plaintiff,*

                              *-against-*

PHH CORPORATION, a New Jersey Corporation,
PHH MORTGAGE SERVICES, and Does 1 through 20,

                              *Defendants.*
------------------------------------------------------------------------x

Civil Action No.:
08 CV 3018 (JGK)(MHD)

AFFIDAVIT OF
STUART E. NAHAS IN
SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York    )
                           ) ss:
County of New York  )

Stuart E. Nahas, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Zraick, Nahas & Rich, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herin and in support of Plaintiffs' motion to admit Wayne S. Kreger as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Wayne S. Kreger for over nineteen (19) years.

4. Mr. Wayne S. Kreger is a partner at Milstein, Adelman & Kreger LLP, in Santa Monica, California.

1

5. I have found Mr. Kreger to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Wayne S. Kreger, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Wayne S. Kreger, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Wayne S. Kreger, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated:     April 15, 2008
           New York, New York

                                            Respectfully submitted,

                                            ZRAICK, NAHAS & RICH

                                            By: _____
                                            Stuart E. Nahas, Esq.
                                            Attorneys for Plaintiffs
                                            SDNY Bar No.: 8206
                                            303 Fifth Avenue
                                            New York, New York 10016
                                            Phone: (212) 686-0855
                                            Fax: (212) 779-9548

Sworn to before me this 15th
day of April 2008

_____
Notary Public

[Notary stamp: RICHARD A. NAHAS, Notary Public, State of New York, No. 24-...., Qualified in Kings County, Commission Expires Oct. 31, 2009]

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
RENEE SMITH, Individually and on behalf of all others
similarly situated
            *Plaintiff,*    Civil Action No.:
                  08-CV-3018 (JGK)(MHD)

    *-against-*
                    **ORDER FOR**
**PHH CORPORATION, a New Jersey Corporation,**   **ADMISSION PRO**
**PHH MORTGAGE SERVICES, and Does 1 through 20,**   **HAC VICE ON**
                    **WRITTEN MOTION**

            *Defendants.*
-----------------------------------------------------------------------x

Upon the Motion of Stuart E. Nahas, attorney for Renee Smith, et. al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Wayne S. Kreger |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip | Santa Monica, California 90405 |
| Phone/Fax Number: | (310) 396-9600/(310) 396-9635 |
| Email Address: | wkreger@maklawyers.com |

is admitted to practice *pro hace vice* as counsel for Renee Smith, et. al. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____
        New York, New York

                                      _____
                                      United States District/Magistrate Judge

Sen/2008-534/Pro Hac Vice-Order Wayne



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Wayne Scott Kreger

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of February, 2003**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **31st day of March, 2008**.



Clerk

**THE STATE BAR  
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

April 4, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WAYNE SCOTT KREGER, #154759 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert  
Custodian of Membership Records