# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

Wall Street Plaza
88 Pine Street, 5th Floor
New York, New York 10005
phone: 212-483-0105
fax: 212-480-3899
www.coughlinduffy.com

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442

April 18, 2008

**MEMO ENDORSED**

*Handwritten notes:*
1. Time to respond extended to 5/13/08.
2. Conference remains rescheduled for 5/1/08
So ordered
[signature] JGK
USDJ

APR 18 2008
JUDGE JOHN G. KOELTL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

VIA HAND DELIVERY

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

Re:   *Renee Smith v. PHH Corporation, et al.*, No. 08-CV-3018 (JGK)
      (S.D.N.Y.)

Dear Judge Koeltl:

We write on behalf of the defendants in the above-referenced matter, PHH Corporation and PHH Mortgage Corporation ("PHH"). Ms. Smith on behalf of herself and a purported class of New York residents filed this action on March 25, 2008. The Complaint was served on my clients on April 3, 2008. Accordingly, pursuant to Rule 12(a)(1)(A), my clients must respond to the Complaint on or before April 23, 2008. The purpose of this letter is to request an additional 20 days, or until May 13, 2008, in which to respond to the Complaint. Our firm was only recently retained in this matter and while we will be working with PHH's national counsel, we require additional time in which to prepare a response to the Complaint. We have contacted counsel for plaintiff and they have no objection to this request. This is our first request for adjournment.

Finally, we understand that an initial conference for May 1, 2008, at 4:30 p.m, although this does not appear on the docket sheet for the case. In light of our request for additional time to respond to the Complaint, we would also request that any initial conference be rescheduled until after PHH has filed a response to the Complaint. This additional time will allow us to meet with our clients and to be more fully prepared to discuss the case at the conference. Plaintiff's counsel objected to this request for a

COUGHLIN DUFFY LLP

The Honorable John G. Koeltl    - 2 -
April 18, 2008

continuance and stated that they believe that the conference should be conducted on May 1, 2008.

COUGHLIN DUFFY LLP

The Honorable John G. Koeltl     - 3 -
April 18, 2008

      We appreciate your Honor's consideration of this matter.

                                      Respectfully submitted,

                                      Daniel F. Markham

Copies by facsimile to:

Stuart E. Nahas
Zraick Nahas & Rich
303 Fifth Avenue, Suite 1201
New york, NY 10016

Wayne Scott Kreger
Milstein, Adelman & Kreger, L.L.P.
2800 Donald Douglas Loop North
Santa Monica, CA 90405

M:\8549\001\ldms1939ltr(Judge Koeltl).doc