```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RENEE SMITH, Individually and on behalf of all others
similarly situated

                      *Plaintiff,*   Civil Action No.:
                                  08-CV-3018 (JGK)(MHD)

      -against-

PHH CORPORATION, a New Jersey Corporation,   ORDER FOR
PHH MORTGAGE SERVICES, and Does 1 through 20,   ADMISSION PRO
                                                     HAC VICE ON
                                                     WRITTEN MOTION

                       *Defendants.*
------------------------------------------------------------------x

Upon the Motion of Stuart E. Nahas, attorney for Renee Smith, et. al. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gillian L. Wade |
| Firm Name: | Milstein, Adelman & Kreger, LLP |
| Address: | 2800 Donald Douglas Loop N. |
| City/State/Zip | Santa Monica, California 90405 |
| Phone/Fax Number: | (310) 396-9600/(310) 396-9635 |
| Email Address: | gwade@maklawyers.com |

is admitted to practice *pro hac vice* as counsel for Renee Smith, et. al. in the above captioned case in the United States District Court for the Southern District of New York All attorneys appearing before this court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 4/18/08
New York, New York

_____
United States District/Magistrate Judge

Sen/2008-53/Pro Hac Vice-Order Gillian