USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------
RENEE SMITH, Individually and on behalf of all others
similarly situated

                                    Plaintiff,

                    -against-

PHH CORPORATION, a New Jersey Corporation,
PHH MORTGAGE SERVICES, and Does 1 through 20,

                                    Defendants.
--------------------------------------------------------------------x

Civil Action No.:
08-CV-3018 (JGK)(MHD)

ORDER FOR
ADMISSION PRO
HAC VICE ON
WRITTEN MOTION

Upon the Motion of Stuart E. Nahas, attorney for Renee Smith, et. al. and said sponsor

attorney's affidavit in support;

IT IS HEREBY ORDERED that

Applicant's Name:        Wayne S. Kreger

Firm Name:               Milstein, Adelman & Kreger, LLP

Address:                 2800 Donald Douglas Loop N.

City/State/Zip           Santa Monica, California 90405

Phone/Fax Number:        (310) 396-9600/(310) 396-9635

Email Address:           wkreger@maklawyers.com

is admitted to practice *pro hace vice* as counsel for Renee Smith, et. al. in the above

captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this court are subject to the Local Rules of this Court,

including Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 4/18/08
New York, New York

United States District/Magistrate Judge