```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENEE SMITH, Individually and on behalf of all others similarly situated,

       Plaintiff,

   v.

PHH CORPORATION, a New Jersey Corporation, PHH MORTGAGE SERVICES, and Does 1 through 20,

       Defendants.

Case No.: 08-CV-3018 (JGK)(MHD)

**ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION**

---

Upon the oral motion of Daniel F. Markham, attorney for defendants PHH Corporation and PHH Mortgage Services, and said sponsor attorney's affidavit declaration that applicant David M. Souders is a member in good standing of the bar of the District of Columbia; and that applicant's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David M. Souders |
| Firm Name: | Weiner Brodsky Sidman Kider PC |
| Address: | 1300 19th Street, 5th Floor, N.W. |
| City/State/Zip: | Washington, DC 20036 |
| Phone/Fax Number: | (202) 628-2000/(202) 628-2011 |
| Email Address: | dmsouders@wbsk.com |

Said applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendants PHH Corporation and PHH Mortgage Services in the above entitled action;

**IT IS HEREBY ORDERED** that David M. Souders is admitted to practice *pro hac vice* as counsel for defendants PHH Corporation and PHH Mortgage Services in the above entitled action in the United States District Court for the Southern District of New York. All attorneys

2

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  5/1/08
    New York, New York

_____
United States District