IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE SMITH,<br>Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>PHH CORPORATION, *et al.*,<br><br>   Defendants. | Case No.: 08-CV-3018 (JGK)(MHD)<br><br>**DEFENDANTS' RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants PHH Corporation and PHH Mortgage Corporation (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: PHH Corporation (NYSE: PHH) is the parent company of PHH Mortgage Corporation.

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By:   /s/ David M. Souders
      David M. Souders (admitted *pro hac vice*)
      1300 19th Street, NW, Fifth Floor
      Washington, DC 20036
      Telephone: (202) 628-2000
      Facsimile: (202) 628-2011
      souders@wbsk.com

>Daniel F. Markham (DM 8431)
>COUGHLIN DUFFY LLP
>Wall Street Plaza
>88 Pine Street, 5th Floor
>New York, New York 10005
>Telephone: (212) 483-0105
>Facsimile: (212) 480-3899
>dmarkham@coughlinduffy.com
>
>Attorneys for Defendants PHH Corporation
>and PHH Mortgage Corporation

Dated: May 13, 2008

M:\8549\60\lsbv656mot(corporate disclosure).doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Statement to be electronically filed and served upon the following counsel of record:

Stuart E. Nahas, Esq.
ZRAICK, NAHAS & RICH
303 Fifth Avenue
New York, NY 10016

Wayne S. Kreger, Esq.
MILSTEIN, ADELMAN & KREGER, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

/s/ David M. Souders
David M. Souders (admitted *pro hac vice*)