UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SMITH,

                    Plaintiffs,

    - against -

PHH CORP. ET AL.,

                    Defendant.
------------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
08 CIV. 3018 (JGK) (MHD)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: ____

**SO ORDERED.**

DATED:    New York, New York
               July 14, 2008



                                                       **John G. Koeltl**
                                                       **United States District Judge**

* Do not check if already referred for general pretrial.

**Please Reply to:**
Gillian L. Wade
gwade@maklawyers.com

July 10, 2008

**VIA FEDERAL EXPRESS**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

    Re:    **Smith vs. PHH Corporation, et. al.**
            **USDC Case Number: 08 CV 3018 (JGK)(MHD)**

Dear Judge Koeltl:

The parties in the above referenced action jointly submit this letter pursuant to the Court's May 2, 2008 scheduling order regarding reference to the magistrate judge for purposes of settlement and trial. The parties do not consent to trial before the magistrate. The parties do agree, however, that although settlement discussions at this time would be premature, reference to the magistrate judge would be useful for purposes of settlement in the future.

Thank you.

Very truly yours,
MILSTEIN, ADELMAN & KREGER,

Gillian L. Wade
& Wayne S. Kreger
Counsel for Plaintiff

CC: Stuart Nahas, Esq. (via e-mail and U.S. Mail)
     Dave Souders, Esq. (via e-mail and U.S. Mail)
     Daniel Markham, Esq. (via e-mail and U.S. Mail)