```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RENEE SMITH,                         :
    individually and on behalf of
    others similarly situated,       :

                Plaintiff,           :         ORDER

        -against-                    :    08 Civ. 3018 (JGK)(MHD)


PHH CORPORATION, et al.,             :


                Defendants.          :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, AUGUST 13, 2008, at 3:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 22, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Stuart E. Nahas, Esq.
Zraik Nahas & Rich
303 Fifth Avenue
Suite 1201
New York, NY 10016

Wayne Scott Kreger, Esq.
Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop N.
Santa Monica, CA 90405

Gillian L. Wade, Esq.
Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop N.
Santa Monica, CA 90405

David M. Souders, Esq.
Weiner Brodsky Sidman Kider PC
1300 19th Street, Nw, 5th Floor
Washington, DC 20036