IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE SMITH,<br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>PHH CORPORATION, *et al.*,<br><br>       Defendants. | Case No.: 08-CV-3018 (JGK)(MHD)<br><br>**JOINT MOTION TO STAY ALL PROCEEDINGS PENDING SETTLEMENT** |

    The parties to this action, plaintiff Renee Smith and defendants PHH Corporation and PHH Mortgage Corporation, respectfully request that this matter be stayed to allow the parties to effectuate a settlement of this action. As grounds for this motion, the parties state as follows:

    1.    On August 13, 2008, the parties participated in a settlement conference with the Honorable Michael H. Dolinger. While the parties did not reach a settlement of the matter at the conference, settlement discussions continued between the parties.

    2.    The parties have now reached a settlement in principle that will result in the dismissal of this action. However, the parties will require an additional period of time to finalize settlement documents.

    3.    There are upcoming deadlines in the case as set forth in the Court's Scheduling Order of May 2, 2008. The parties respectfully request that all of the pending deadlines be stayed for a period of 30 days to allow the parties to finalize the settlement of this matter.

4. The parties further request that they be permitted to report back to the Court on or before September 22, 2008, with a status of the case if the matter has not been fully resolved by that date.

**AGREED BY:**

| | |
|---|---|
| Renee Smith | PHH Mortgage Corporation<br>PHH Corporation |
| By: _[signature]_<br>One of her attorneys | By: _[signature]_<br>One of their attorneys |
| Dated: 8/20/2008 | Dated: 8/20/08 |

Wayne S. Kreger (admitted *pro hac vice*)
Gillian L. Wade (admitted *pro hac vice*)
MILSTEIN, ADELMAN & KREGER, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
wkreger@maklawyers.com
gwade@makelawyers.com

Stuart E. Nahas (SN 8260)
ZRAICK, NAHAS & RICH
303 Fifth Avenue
New York, NY 10016
stunahas@znr.net

David M. Souders (admitted *pro hac vice*)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
souders@wbsk.com

Daniel F. Markham (DM 8431)
COUGHLIN DUFFY LLP
Wall Street Plaza
88 Pine Street, 5th Floor
New York, New York 10005
Telephone: (212) 483-0105
Facsimile: (212) 480-3899
dmarkham@coughlinduffy.com

**IT IS HEREBY ORDERED** that the Joint Motion to Stay all Proceedings Pending Settlement is **GRANTED**. The parties shall report back to the Court on or before September 22, 2008, with a status of the case if it is still pending on that date.

**IT IS SO ORDERED:**

Dated: _____, 2008        _____
                                    JUDGE

M:\8549\60\Stipulated Stay Motion.doc